**Order entered January 2, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00450-CV

### JAMES T. CHAO, Appellant

### V.

### PLANO BUILDING STANDARD COMMISSION, CITY OF PLANO, TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-05450-2016**

## ORDER

Before the Court are two handwritten motions filed by appellant on December 19, 2017. In one of the motions, appellant asks this Court to vacate its December 4, 2017 order adopting the trial court's finding that the reporter's record does not contain any inaccuracies. We **DENY** this motion.

In the other motion, appellant asks this Court to declare void the order on appeal. We **DENY** this motion. Appellant shall address his arguments for reversal of the appealed order in his brief on the merits. Appellant's brief on the merits is due January 5, 2018.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE